Any data shown here are current as of  06/13/06  . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

| | |
|---|---|
| **Case Title:** | Furr's Supermarkets, Inc. |
| **Case Number:** | 01-10779 |

## Document Information

| | |
|---|---|
| **Description:** | Notice of Entry of Appearance And Request For Notice By Carlos A. Miranda for Creditor Supermarket Properties I, Ltd.. |
| **Received on:** | 2001-02-15 15:48:02.000 |
| **Date Filed:** | 2001-02-15 15:48:02.000 |
| **Date Entered On Docket:** | 2001-02-16 00:00:00.000 |

## Filer Information

**Submitted By:**

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

IN RE: §
§
FURR'S SUPERMARKETS, INC., § Case No. 11-01-10779-SA
a Delaware Corporation, §
§
Debtor. §

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES, PLEADINGS AND ORDERS

TO: THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ALL PARTIES IN INTEREST:

COMES NOW SUPERMARKET PROPERTIES I, LTD., a Lessor, creditor and party in interest in the above Chapter 11 case and files its *Notice of Appearance and Request for Service of Notices, Pleadings and Orders* and, in support thereof, would respectfully show the Court as follows:

1. Supermarket Properties I, Ltd. ("SMPI") is a creditor and a party-in-interest in this Chapter 11 case. Pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, SMPI may appear and be heard on any issue in this case.

2. To exercise its rights to appear and be heard under Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, SMPI must receive proper notice of hearings in this case as well as service of all notices issued and pleadings filed herein. Accordingly, SMPI requests that all notices given and pleadings filed in this case be served upon Carlos Miranda, Esq., its attorney of record in this case at the following addresses:

Krafsur Gordon Mott P.C.
P. O. Box 1322
El Paso, Texas 79947-1322

SMPI is hereby requesting service at the foregoing addresses of (1) all notices and papers referred to in Bankruptcy Rules 2002, 3017, and 9007, (ii) all notices of hearings and entry of orders, (iii) every order signed in this case, and (iv) every pleading or report filed in this case including, without limitation, schedules, statement of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, disclosure statements, plans of reorganization, answering or reply papers, memorandum briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings; whether formally or informally and without regard to the means by which they are transmitted or delivered.

DATED this 13th day of February, 2001.

Respectfully submitted,

**KRAFSUR GORDON MOTT P.C.**
P. O. Box 1322
El Paso, Texas 79947-1322
(915) 545-1133
(915) 545-4433 (Fax)

By: _____
Carlos A. Miranda, Esq.
State Bar No. 14199582
Attorneys for Supermarket Properties I, Ltd.

## CERTIFICATE OF SERVICE

I, Carlos A. Miranda hereby certify that on the ___13th___ day of February, 2001 a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICES OF NOTICES, PLEADINGS AND ORDERS was mailed by first class mail, postage prepaid to the persons listed below.

_____
Carlos A. Miranda, Esq.

Amy S. Park, et al.
300 S. Grand Avenue
Los Angeles, CA 90071-3144

David Heller
Sears Tower
Suite 5800
Chicago, IL 60606

Ronald Silverman
399 Park Avenue
New York, NY 10022

U.S. Trustee's Office
Ronald Andazola
P.O. Box 608
Albuquerque, NM 87103-9946

Robert H. Jacobvitz
500 Marquette NW #650
Albuquerque, NM 87102

Case 01-10779-sh7    Doc 93    Filed 02/15/01    Entered 02/16/01 14:19:00    Page 4 of 4