**IT IS ORDERED**

**Date Entered on Docket:  09/03/2015**



_____
**The Honorable Sarah A. Hall**
**United States Bankruptcy Judge**

---

**United States Bankruptcy Court for the**
**District of New Mexico**

IN RE:

        Furrs Supermarkets, Inc.           Case No. 01-10779

_____ /
                Debtor(s)

ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $21,198.84 constituting unclaimed funds due to P.M. Milam, Jr. , claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2024. The social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE, IT IS HEREBY ORDERED THAT** the Clerk of Court shall pay the unclaimed funds in the amount of $21,198.84, which is the sum of all monies on deposit, to the order of P.M. Milam, Jr. C/o Dilks & Knopik, LLC and mail the check to 35308 SE Center St, Snoqualmie, WA 98065.

### END OF ORDER ###

Submitted by:
s/ submitted electronically
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for Security Finance Corporation
35308 SE Center St
Snoqualmie, WA 98065
Telephone: (425) 836-5728

Copies to:
US Attorney, US Trustee, Case Trustee, Applicant