

**IT IS ORDERED**

Date Entered on Docket: 10/15/2015

*/s/ Sarah A. Hall*

The Honorable Sarah A. Hall
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Mexico

IN RE )
) 
Furr's Supermarket Inc ) CASE NO. 01 - 10779
)
)
DEBTOR(S) )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 USC Section 2042, it is ORDERED that, following review by the Clerk of the sufficiency of the Affidavit of Creditor Information, the Clerk of the U. S. Bankruptcy Court is directed to remit to

Cheryl K. Doyle,

the sum of $2,831.40 now held as unclaimed funds in the Treasury for creditor

Walter R. Doyle.

UNCLAIMED FUNDS ON DEPOSIT FOR

Walter Doyle

AMT $ 2,831.40

Debra J. Siner, Financial Administrator / Date