UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE:  CASE NO. 01-10779-SH

Furrs Supermarkets, Inc.  Chapter: 7

Debtor

FILED at 9:30 o'clock a.m.

JAN 25 2016

United States Bankruptcy Court
Albuquerque, New Mexico

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned, Mark K. Warren, Esq., as Deputy General Counsel for The Locator Services Group Ltd. ("Applicant"), on behalf of BBU, Inc., successor in interest to Mrs. Baird's Business Trust ("Claimant"), applies to this court for entry of an Order directing the Clerk of the Court to remit to the Claimant the sum of $30,533.93, currently on deposit in the Court's Registry as unclaimed funds.

Applicant further states that:

1. Mrs. Baird's Business Trust was due to receive a distribution from the estate of the debtor in the above-captioned case in the amount of $30,533.93.

2. Said funds have been remitted to the Court as unclaimed, pursuant to 11 U.S.C. § 347. A copy of the Trustee's notice seeking to deposit these funds into the Registry/Treasury is appended to this Application.

3. Applicant is an attorney and a "funds locator" who has been retained by the Claimant. Applicant has obtained an original Power of Attorney from the individual or the duly authorized representative for the business or the corporation seeking to claim said funds. A Power of Attorney conforming to the official Bankruptcy Form is attached and made a part of this Application.

4. Applicant has attached and made part of this Application additional exhibits containing supporting documentation establishing the Claimant is the rightful owner of said funds.

5. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other Application for this claim is currently pending before the Court, or that any party other than the Claimant is entitled to receive these funds.

6. Applicant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Applicant has knowingly and fraudulently made any false statements in this document.

Respectfully submitted this day, Thursday, January 21, 2016.

THE LOCATOR SERVICES GROUP LTD:

BY: _____
Signature of Applicant
Mark K. Warren, Esq., (MA Bar # 662334)
Deputy General Counsel
The Locator Services Group, Ltd.
280 Summer Street, Suite 400
Boston, MA 02210
Tel: (617) 859-0600, Ext. 41

BBU, Inc.
Claimant

75-2490530
Claimant's SSN# or Tax ID

SUBSCRIBED AND SWORN before me this **21ST** day of **January**, 201**6**.

_____
NOTARY PUBLIC
in and for the Commonwealth of Massachusetts
in the County of Suffolk

My commission expires: **4·7·17**

AFFIX NOTARY SEAL

ALYCIA DeANGELIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 7, 2017

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE:

CASE NO. 01-10779-SH

**Furrs Supermarkets, Inc.**

Chapter: 7

Debtor

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on January 21, 2016, I served a full copy of the within and forgoing document described as "Application for Payment of Unclaimed Funds", seeking payment of $30,533.93 in unclaimed funds on behalf of BBU, Inc., successor in interest to Mrs. Baird's Business Trust, to the parties identified below. Said notice was mailed via US Postal Service, in a sealed envelope, with postage thereon fully prepaid, to the following addresses:

Office of U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103

Office of U.S. Trustee
P.O. Box 608
Albuquerque, NM 87103

Yvette J. Gonzales, Trustee
PO Box 1037
Placitas, NM 87043-1037

Respectfully Submitted:

Mark K. Warren, Esq. (MA Bar # 662334)
Deputy General Counsel
The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA 02210
Tel: (617) 859-0600, Ext. 41

SUBSCRIBED AND SWORN before me this **21ST** day of **January**, 201**6**.

NOTARY PUBLIC
in and for the Commonwealth of Massachusetts
in the County of Suffolk

My commission expires: **4·7·17**

AFFIX NOTARY SEAL
ALYCIA DeANGELIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 7, 2017



IT IS ORDERED
Date Entered on Docket: June 15, 2015

*Sarah A Hall*

The Honorable Sarah A. Hall
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

IN RE:
Furrs Supermarkets, Inc.
    Debtor.

No. 01-10779-SH

### ORDER ALLOWING DEPOSIT OF UNCLAIMED FUNDS FROM INTERIM DISTRIBUTION INTO COURT REGISTRY

This matter comes before the Court on the Trustee's Oral Motion by Chapter 7 Trustee to allow the Trustee to deposit unclaimed funds into the Court Registry. The Court is informed that:

1)     The Trustee filed a Motion for Interim Distribution on August 19, 2014, which was granted by Court Order on September 30, 2014.

2)     There are hundreds of claimants who have failed to cash the checks and/or the checks were returned to the Trustee.

3)     After diligent efforts to find the claimants, there remain a substantial amount of checks uncashed.

4)     The Motion failed to request that the unclaimed funds be deposited into the Court Registry.

5) After a final distribution, it is common practice for unclaimed funds to be deposited into the Court Registry so that the case can be closed and claimants have a repository to find and claim monies due to them from bankruptcy cases.

Being fully informed and advised, the Court finds the oral motion is well taken and will be granted. The Court further finds that it is reasonable at this time to deposit the unclaimed funds from the interim distribution into the Court Registry.

**IT IS THEREFORE ORDERED** that the chapter 7 trustee will deposit the unclaimed funds from the interim distribution into the Court Registry.

###END OF ORDER###

Respectfully submitted by:
*s/by Yvette J. Gonzales*
Trustee
PO Box 1037
Placitas, NM 87043
(505) 771-0700

Copy to:

Office of the US Trustee
PO Box 608
Albuquerque, NM 87103

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
Furrs Supermarkets, Inc.

Debtor.                              No. 01-10779-SH

REPORT TO THE COURT OF UNCLAIMED
FUNDS TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to Court Order entered June 15, 2015, Doc. No. 3862, I report to the Court that I will deposit the total sum of $266,628.47 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names of the entities, their last known address and the amounts which they are entitled to be paid are listed on the attached "Exhibit A".

*Electronically filed*
Yvette J. Gonzales
Trustee
P.O. Box 1037
Placitas, NM 87043
(505) 771-0700

THIS WILL CERTIFY that a true copy of the above was emailed to the U.S. Trustee this 24th day of July, 2015.

Office of the U.S. Trustee
Ustpregion20.aq.ecf@usdoj.gov

| Name | Address | Address 2 | City | State | Zip | Amount |
|---|---|---|---|---|---|---|
| MOISES A JUAREZ | 4730 TITANIC#22 | | EL PASO | TX | 79904 | $62.17 |
| MONA AHMEDIN | 750 HEMPSTEAD DR | | EL PASO | TX | 79912 | $13.31 |
| MONA AHMEDIN | 750 HEMPSTEAD DR | | EL PASO | TX | 79912-7086 | $62.17 |
| MONICA L CHAVEZ | P O BOX 324 | | TOME | NM | 87006 | $108.59 |
| MONICA MARTINEZ | PO Box 98286 | | LAKEWOOD | WA | 98496 | $39.44 |
| Mrs. Baird's Business Trust | 1700 Pacific Ave. Suite 4450 | 1700 Pacific Ave. Suite 4450 Dallas | | TX | 75201 | $30,533.93 |
| Mryna H. Giardino | 2240 Seagull Dr. | | El Paso | TX | 79936-3655 | $142.69 |
| MYRTLE F JOHNSON | 117 HYDE PO BOX 805 | | WILLIAMSBURG | NM | 87942 | $137.90 |
| NANCY A MULLINIKS | 5795 N CYPRESS | | ODESSA | TX | 79764 | $150.40 |
| Nancy A. Mulliniks | 5795 N. Cypress | | Odessa | TX | 79764 | $599.58 |
| NANCY E WRIGHT | 1201 W MADISON | | LOVINGTON | NM | 88260 | $158.39 |
| NANCY MARTINEZ | 221 VISTA RIO CIRCLE | | EL PASO | TX | 79912 | $141.17 |
| NANCY MARTINEZ | 10710 Horn Circle | | El Paso | TX | 79927 | $176.47 |
| Nancy Martinez | 10710 Horn Circle | | El Paso | TX | 79927 | $200.00 |
| Nancy Martinez | PO BOX 1222 | | FT STOCKTON | TX | 79735 | $869.00 |
| NANCY SUCHIL RANGEL | 7119 gatling dr ne | | ALBUQUERQUE | NM | 87109 | $210.91 |
| NATHAG ADAMS | 10200 Calle Hermosa Pl NW | | ALBUQUERQUE | NM | 87114-1844 | $59.18 |
| NICOLE A PADILLA | 303 ESCALANTE | | EL PASO | TX | 79927 | $53.88 |
| NORBERTO MARTINEZ | 1724 VICTOR LOPEZ | | EL PASO | TX | 79936 | $154.64 |
| NORMA A HARPOON | PO BOX 3266 | | EDGEWOOD | NM | 87105 | $123.59 |
| NORMA V SMITH | PO Box Q | | Socorro | NM | 87801 | $683.27 |
| Number Nine Media, Inc. | PO Box Q | | Socorro | NM | 87801 | $826.29 |
| Number Nine Media, Inc. | 4737 BRENDA CT NE | | ALBUQUERQUE | NM | 87109 | $70.91 |
| OLIMPIU M ORLANDO | 4737 Brenda Ct NE | | ALBUQUERQUE | NM | 87109-1714 | $188.94 |
| OLIMPIU M ORLANDO | 5377 Country Oaks Dr. | | El Paso | TX | 79932 | $79.55 |
| Omar Reyes | 1501 Woodfield Rd., Ste. 210W | | Schaumburg | IL | 60173 | $246.35 |
| OMI International, Inc. | 115 Plaza Dr. Apt 1005 | | KERRVILLE | TX | 78028 | $376.25 |
| Oscar M. Ochoa, Jr. | PO BOX 471 | | VELARDE | NM | 87582 | $2.29 |
| OTILLIA D BAUTISTA | c/o Carlos A. Miranda | PO Box 1322 | El Paso | TX | 79947-1322 | $21,198.84 |
| P.M. Milam, Jr. | 4723 WILSHIRE DR. | | MIDLAND | TX | 79703 | $68.91 |
| PABLO O SALAS | 2601 CLEAR SKY ST. SW | | LOS LUNAS | NM | 87031 | $206.93 |
| PAMELA B FULLER | 1525 W POLK | | LOVINGTON | NM | 88260 | $131.44 |
| PATRICIA A FRANCIS | 1299 ZEPOL RD SP 151 | | SANTA FE | NM | 87505 | $64.66 |
| PATRICIA MEZA | 1605 JACK NICKLAUS | | BELEN | NM | 87002 | $83.20 |
| PATRICIAA SAAVEDRA | 3104 N State Line Rd, Apt b | | HOBBS | NM | 88240 | $71.04 |
| PATRICK A TAYLOR | 10408 DARIN | | EL PASO | TX | 79925 | $100.65 |
| PEDRO E TOLENTINO | 12144 Desert Quail Ave. | | El Paso | TX | 79936 | $291.00 |
| Pedro Falcon | 9301 VOLCANO NW SP63 | | ALBUQUERQUE | NM | 87121 | $89.16 |
| PENNY L HOLMES | 2300S 8TH SP#24 | | DEMING | NM | 88030 | $46.19 |
| PERLA R SAENZ | 4400 N Holiday Hill Rd | | MIDLAND | TX | 79707 | $209.11 |
| PERRY M GARCIA | PO Box 19352 | | ALBUQUERQUE | NM | 87194 | $143.63 |
| PORFIE SEDILLO | 1203 COLLEGE | | MIDLAND | TX | 79701 | $36.74 |
| RACHEL A DUNCAN | | | | | | |

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

BBU, Inc. appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Mrs. Baird's Business Trust in the amount of $30,533.93 and held by the United States Bankruptcy Court, District of New Mexico in the matter of Furrs Supermarkets, Inc. with case number 01-10779-SH.

BBU, Inc. grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to Mrs. Baird's Business Trust. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of BBU, Inc.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of BBU, Inc.

Signed this 11th day of December, 2015.

BBU, Inc.
By: _____
Richard Lee
Vice President Taxation

Tax ID No. ___75-2490530___
(Required for identification purposes)

State of ___Virginia___

County of ___Henrico___

On December 11, 2015 before me, Charles F. O'Boyle, III, Notary Public, personally appeared Richard Lee who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ___Virginia___ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature: _____

My Commission Expires: ___1-31-19___

NOTARY SEAL

Charles F O'Boyle, III
Commonwealth of Virginia
Notary Public
Commission No. 7652330
My Commission Expires 1/31/2019

## OFFICER'S CERTIFICATE OF AUTHORITY

I, Claudia Coscia, Secretary of BBU, Inc., certify that Richard M. Lee, Jr. is the Director & Vice President, Tax of BBU, Inc. Richard M. Lee, Jr. also holds the below noted positions at BBU, Inc's principal subsidiaries:

    Bimbo Bakeries USA, Inc. – Director & Vice President, Tax
    Advantafirst Capital Financial Services, LLC – Manager & Vice President, Tax
    Tia Rosa Bakery of Ohio, Inc. – Vice President, Tax
    Earthgrains Vernon LLC – Vice President, Tax

As such, Richard M. Lee, Jr. is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property, and to transfer, endorse, liquidate and receive unclaimed securities and related dividends owned by BBU, Inc., its subsidiaries, affiliates, acquisitions, and predecessor companies. Such properties or securities may be held in BBU, Inc.'s own name or in the names of its subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As and A/K/As.

BBU, Inc.'s subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As, and A/K/As, include but are not limited to, those listed on the Exhibit A attached hereto.

I affirm that the foregoing is true, under the penalties of perjury this 10th day of July, 2015.

| | | |
|---|---|---|
| Claudia Coscia | Richard M. Lee, Jr. | |
| Secretary | Director & Vice President, Tax | AFFIX |
| BBU, Inc. | BBU, Inc. | CORPORATE |
| 7301 S. Freeway | 4801 Cox Road, Suite 101 | SEAL |
| Fort Worth, TX 76134 | Glen Allen, VA 23060-6830 | |

State of Texas; County of Tarrant,

Before me, Claudia Coscia, personally appeared, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Notary's Signature     1-18-2016 Commission Expires

Place Notary Seal Here
HOPE S. ELLIOTT
MY COMMISSION EXPIRES
January 18, 2016

Commonwealth of Virginia; County of Henrico,

Before me, Richard M. Lee, Jr., Vice President Taxation, personally appeared and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in her authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Commonwealth of Virginia that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Notary's Signature     3/31/19 Commission Expires



RICHARD M. LEE, JR.
VICE PRESIDENT-TAXATION

4801 Cox Road, Suite 101
Glen Allen, VA 23060-6803
tel: 215-347-5684
cell: 804-334-1241
fax: 804-270-0747

rlee@bbumail.com



**Claudia V. Coscia**
Deputy General Counsel

Bus 817.615.5824
Fax 817.615.4187
Cell 817.905.0896

7301 S. Freeway
Fort Worth, TX 76134
ccoscia@mailbbu.com





# Revised US Organization Chart
# December 31, 2013



(http://www.sos.la.gov/Pages/default.aspx)
(http://www.sos.la.gov/Pages/default.aspx)



(http://www.sos.la.gov/Page /default.aspx)

## Search for Louisiana Business Filings

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|---|---|---|---|
| MRS BAIRD'S BAKERIES BUSINESS TRUST | Business Corporation (Non-Louisiana) | WILMINGTON | Inactive |

**Previous Names**
**Business:** MRS BAIRD'S BAKERIES BUSINESS TRUST
**Charter Number:** 34892594F
**Registration Date:** 2/16/2000

**Domicile Address**
 1209 ORANGE ST.
 WILMINGTON, DE 19801

**Mailing Address**
 P. O. BOX 937
 FORT WORTH, TX 76101-0937

**Principal Business Office**
 14401 STATLER BLVD.
 FORT WORTH, TX 76155

**Registered Office in Louisiana**
 8550 UNITED PLAZA BLVD.
 BUILDING II, SUITE 305
 BATON ROUGE, LA 70809

**Principal Business Establishment in Louisiana**
 3070 BAIRD RD., STE. B
 SHREVEPORT, LA 71118

**Status**
**Status:** Inactive
**Inactive Reason:** MERGED
**Qualified:** 2/16/2000
**Last Report Filed:** 3/5/2007
**Type:** Business Corporation (Non-Louisiana)

**Registered Agent(s)**

| Agent: | CAPITOL CORPORATE SERVICES, INC. |
|---|---|
| Address 1: | 8550 UNITED PLAZA BUILDING II, STE. 305 |
| City, State, Zip: | BATON ROUGE, LA 70809 |
| Appointment Date: | 12/6/2005 |

Case 01-10779-sh7    Doc 3901    Filed 01/25/16    Entered 01/26/16 13:19:45    Page 14 of 17

## Officer(s)

**Additional Officers:** Yes

| | |
|---|---|
| Officer: | REYNALDO REYNA |
| Title: | President |
| Address 1: | 14401 STATLER BLVD. |
| City, State, Zip: | FORT WORTH, TX 76155 |
| Officer: | H. DARRELL MILLER |
| Title: | Vice-President |
| Address 1: | 14401 STATLER BLVD. |
| City, State, Zip: | FT. WORTH, TX 76155 |
| Officer: | ANDREW A. LANG |
| Title: | Vice-President, Treasurer, Director |
| Address 1: | 14401 STATLER BLVD. |
| City, State, Zip: | FORT WORTH, TX 76155 |

## Mergers (1)

| Filed Date | Effective Date: | Type | Charter# | Charter Name | Role |
|---|---|---|---|---|---|
| 8/8/2007 | 8/8/2007 | MERGE | 36004884F | BIMBO BAKERIES USA, INC. | SURVIVOR |
| | | | 34892594F | MRS BAIRD'S BAKERIES BUSINESS TRUST | NON-SURVIVOR |

## Amendments on File (2)

| Description | Date |
|---|---|
| Stmt of Chg or Chg Prin Bus Off | 12/6/2005 |
| Merger | 8/8/2007 |

Back to Search Results | New Search | View Shopping Cart

© 2016 Louisiana Department of State



## 1 OF 1 RECORD(S)
# Comprehensive Business Report

Report Created: 1-21-2016 9:09 AM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2016 LexisNexis, All rights reserved.

Search Terms - company(mrs bairds business trust) radius(15)

| | | | |
|---|---|---|---|
| Executives - Current (0) | Incorporation/SOS (1) | Operations/Sites (3) | Sales (1) |
| Licenses (0) | URLs (1) | Real Property - Current (1) | Real Property - Prior (3) |
| MVRs - Current (0) | MVRs - Prior (72) | Watercraft - Current (0) | Watercraft - Prior (0) |
| Aircraft - Current (0) | Aircraft - Prior (0) | Bankruptcy Filings (0) | Judgments & Liens Filings (0) |
| UCC Filings (3) | Executives - Prior (4) | Registered Agents (0) | Name Variations (14) |
| Possible Employees (3) | Person Associates (0) | Business Associates (15) | TINs (2) |
| Possible Connected Business (189) | Parent Company (0) | Industry Information (1) | |
| View All Sources (193) | | | |

### Business Summary

| Name | Address | Phone |
|---|---|---|
| MRS BAIRD'S BAKERIES BUSI-NESS TRUST | 2701 Palm St<br>Abilene, TX 79602-5901<br>Taylor County | 325-655-6018<br>✓ (Most Recent Listing)<br>11/01/2013 - 01/19/2016<br>Ⓑ (Business) |
| **LexID**<br>0000-1896-7477 | **Established**<br>2002<br>(14 Years in Business) | **TIN**<br>75-2490530 |

### At a Glance

| | | | |
|---|---|---|---|
| Real Property | 1 | UCC Debtor | 2 |
| Personal Property | 0 | Bankruptcy | 0 |
| Secured Assets | 0 | Judgments/Liens | 0 |
| Executives | 0 | Foreclosure/Notice of Default | 0 |

### Name Variations - 14 name variations found

| NO. | NAME |
|---|---|
| 1 | MRS BAIRD'S BAKERIES BUSINESS TRUST |
| 2 | BAIRDS BAKERIES |
| 3 | BAIRDS MRS BAKERIES |
| 4 | BBU INC |
| 5 | BIMBO BAKERIES |
| 6 | BIMBO BAKERIES USA INC |
| 7 | MRS BAIRDS BAKERIES BUS TR |
| 8 | MRS BAIRDS BAKERIES BUSINESS |
| 9 | MRS BAIRDS BAKERIES BUSINESS TRUST |
| 10 | MRS BAIRDS BAKERIES BUSINESS TRUST ("BMMMT") |
| 11 | MRS BAIRDS BAKERIES BUSINESS TRUST (MBBBT) |
| 12 | MRS BAIRDS BAKERIES INC |
| 13 | MRS BAIRDS BUSINESS TRUST |
| 14 | MRS BAIRDS THRIFT STORE |

### TINs - 2 TINs found

| NO. | TIN | NAME |
|---|---|---|
| 1 | 75-2490530 | BBU INC |
| 2 | 75-2491201 | BIMBO BAKERIES USA INC |

**Business Profile Executives: Current - 0 executive(s) found**

| Form **851** (Rev. December 2010) Department of the Treasury Internal Revenue Service | **Affiliations Schedule** ▶ File with each consolidated income tax return. For tax year ending **December 31, 2014** | | OMB No. 1545-0025 |
|---|---|---|---|

Name of common parent corporation: ▓▓▓▓▓, Inc and Subsidiaries
Employer identification number: 75-2490530

Number, street, and room or suite no. If a P.O. box, see instructions.
4801 Cox Road Suite 101

City or town, state, and ZIP code
Glen Allen VA 23060

## Part I — Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation | 75-2490530 | 0 | 0 |
| 2 | Subsidiary corporations:<br>Bimbo Bakeries USA Inc<br>4801 Cox Road Suite 101<br>Glen Allen VA 23060 | 75-2491201 | 0 | 0 |
| 3 | Tia Rosa Bakery of Ohio Inc<br>4801 Cox Road Suite 101<br>Glen Allen VA 23060 | 34-1355192 | 0 | 0 |
| 4 | BGR California Region Support Services Inc<br>4801 Cox Road Suite 101<br>Glen Allen VA 23060 | 80-0904905 | 0 | 0 |
| | Totals (Must equal amounts shown on the consolidated tax return.) ▶ | | 2,500,000 | 0 |

## Part II — Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | Did the subsidiary make any nondividend distributions? No | Stock holdings at beginning of year — Number of shares | Stock holdings at beginning of year — Percent of voting power | Stock holdings at beginning of year — Percent of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation HOLDING COMPANY | 551112 | | | | | | |
| 2 | Subsidiary corporations:<br>MANUFACTURING | 311800 | | X | 5,000 | 100.000% | 100.000% | 1 |
| 3 | Inactive | | | X | 10 | 100.000% | 100.000% | 1 |
| 4 | Inactive | | | X | 1,000 | 100.000% | 100.000% | 2 |

For Paperwork Reduction Act Notice, see instructions.  
Form **851** (Rev. 12-2010)

JXB F(14) 11/15/2011