# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

IN RE:  CASE NO. 01-10779-SH

**Furrs Supermarkets, Inc.**  Chapter: 7

Debtor

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds and good cause appearing therefore,

IT IS HEREBY ORDERED:

That, in accordance with the provisions of 28 U.S.C. § 2042, the Bankruptcy Clerk for the District of New Mexico is authorized and directed to draw a check on the funds on deposit in the registry of the Court in the amount of $30,533.93, said check shall be payable to the claimant and shall be delivered to:

BBU, Inc.
c/o The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA 02210

Dated: 2/9/2016

By: *(signature)*
Sarah A. Hall
Bankruptcy Judge
District of New Mexico

By: *(signature)*
Mark K. Warren, Esq. (MA Bar # 662334)
Deputy General Counsel
The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA 02210
Tel: (617) 859-0600, Ext. 41

UNCLAIMED FUNDS ON DEPOSIT FOR
Mrs. Byrd's Business Trust
AMT $ 30,533.93
*(signature)* Debra J. Siner  1/26/16
Debra J. Siner, Financial Administrator / Date